County of Vanderbergh )
                      ) Case No: 3:25-cv-00024-RLY-CSW

Cedric E Bradley
     Petitioner      )
                     )
                     )
         V           )
                     )
State of Indiana     )
                     )
Mathew Fredrick Kepler )
     Respondent      )

: Petition for Writ of Mandamus

Comes now the petitioner [Cedric E. Bradley] and respectfully petition said Honorable court for Writ of Mandamus against the Respondent [Matthew Fredrick Kepler, Vanderburgh Deputy Prosecuting Attorney], and in support thereof states as follows.

1. Jurisdiction a Venue
   1.1 This court has jurisdiction over this matter
   1.2 Venue is proper in Vanderburgh, giving rise to this petition occurred within.

State of Indiana ) In the Vanderburgh circuit/superior court
County of Vanderburgh ) Cause No.
)
Cedric E Bradley )
    Petitioner )
)
v )
)
State of Indiana )
Matthew Fredrick Kepler )
    Respondent )

## Petition for Writ of Mandamus

Comes now the petitioner [Cedric E. Bradley] and respectfully petition this Honorable court for Writ of Mandamus against the Respondent [Matthew Fredrick Kepler, Vanderburgh Deputy Prosecuting Attorney], and in support thereof states as follows,

1. Jurisdiction & Venue
   1.1 This court has jurisdiction over this matter
   1.2 Venue is proper in Vandaburgh, giving rise to this petition occurred within,