UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CEDRIC E. BRADLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:25-cv-00024-RLY-CSW ) |
| STATE OF INDIANA, *et al.*, | ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT**

Consistent with the Entry issued today, the court enters final judgment in favor of the Defendants and against the Plaintiff on Plaintiff's federal claims. Additionally, the court relinquishes jurisdiction over Plaintiff's state law claims.

**IT IS SO ORDERED** this 5th day of June 2025.

Kristine L. Seufert, Clerk

BY: *Tina M. Doyle*
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Mail to:

Cedric E. Bradley
1508 Ulhorn Street
Evansville, Indiana 47710

1